1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

ROBERT JOHNSON,                    )   1:06-cv- 01735-AWI-TAG HC
12                                 )
                                   )   ORDER ADOPTING FINDINGS AND
13              Petitioner,        )   RECOMMENDATION (Doc. 5)
                                   )
14       v.                        )   ORDER GRANTING RESPONDENT'S
                                   )   MOTION TO DISMISS (Doc. 4)
15                                 )
JEFF WRIGLEY, et al.,              )   ORDER DISMISSING PETITION FOR WRIT
16                                 )   OF HABEAS CORPUS (Doc. 1)
                                   )
17              Respondents.       )   ORDER DIRECTING CLERK OF COURT
                                   )   TO ENTER JUDGMENT
18  _____ )

19

20      On December 1, 2006,  Petitioner filed a petition for writ of habeas corpus pursuant to 28

U.S.C. § 2241.  (Doc. 1).
21

22      On January 5, 2007, Respondent filed a motion to dismiss the petition.  (Doc. 4).  On

23  April 18, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation

24  recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be

25  dismissed as moot.  (Doc. 5).  This Findings and Recommendation was served on all parties and

26  contained notice that any objections were to be filed within twenty days from the date of service

27  of that order.  To date, the parties have not filed timely objections to the Findings and

28  Recommendation.

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

2    a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

3    the Magistrate Judge's Findings and Recommendation is supported by the record and proper

4    analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    The Findings and Recommendation, filed April 18, 2007 (Doc. 5), is ADOPTED

7          IN FULL;

8    2.    Respondent's Motion to Dismiss (Doc. 4), is GRANTED;

9    3.    This petition for writ of habeas corpus (Doc. 1), is DISMISSED as MOOT; and

10   4.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

11   This order terminates the action in its entirety.

12   IT IS SO ORDERED.

13   **Dated:    July 26, 2007**                          **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28